UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLEN LIRA FERNANDEZ,**

      **Petitioner,**

v.                                      Case No. 6:26-cv-186-CEM-NWH

**LOUIS A. QUINONES JR.,
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE),
DEPARTMENT HOMELAND
SECURITY,**

      **Respondents.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner's Emergency Motion for Temporary Restraining Order and for Preliminary Injunction ("Motion," Doc. 2) and Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1). The Court granted the Motion insofar as it sought a temporary restraining order ("TRO") and ordered Respondents to show cause as to why a preliminary injunction should not be granted. Respondents filed their Response (Doc. 12).

**I.**      **BACKGROUND**

Petitioner is a citizen of Brazil who entered the United States legally pursuant to a student visa. (Record of Deportable/Inadmissible Alien, Doc. 12-1, at 2; Notice

to Appear, Doc. 12-2, at 1). That authorization expired on August 5, 2022. (*Id.*). On October 14, 2025, the Department of Homeland Security ("DHS") issued a Notice to Appear, which placed Petitioner in removal proceedings. (*Id.*).

On January 24, 2026, U.S. Customs and Immigration Enforcement ("ICE") arrested Petitioner at his home on the basis of being a "deportable alien." (Doc. 12-1 at 2). That day, DHS issued a Notice of Custody Determination (Doc. 12-3), determining that Petitioner would be detained by DHS pursuant to "section 236 of the Immigration and Nationality Act" ("INA"), (*id.* at 1), which is codified at 8 U.S.C. § 1226. In the same document, Petitioner requested that an immigration judge review his custody determination. (*Id.* at 1).

On January 25, 2026, Petitioner filed this case seeking habeas corpus relief. Therein, Petitioner alleged that he was being detained unlawfully on the basis of an ICE detainer.

## II.   ANALYSIS

"On a warrant issued by the Attorney General, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the United States." 8 U.S.C. § 1226(a). In the situation such as here, where the individual is not accused of committing any crimes, "the Attorney General" may either "continue to detain the arrested alien" or "may release the alien" under certain circumstances. *Id.* Additionally, "[f]ederal regulations provide that aliens detained under §1226(a)

receive bond hearings at the outset of detention." *Jennings v. Rodriguez*, 583 U.S. 281, 306 (2018).

As the Respondents concede, Petitioner is entitled to a bond hearing. Petitioner also requests his immediate release, but Petitioner has not provided, and the Court has not independently located, any legal authority that permits such relief under these circumstances.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Court's January 28, 2026 Temporary Restraining Order (Doc. 5) is **DISSOLVED**.

2. Insofar as Petitioner's Emergency Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 2) seeks the entry of a preliminary injunction, it is **GRANTED in part** and **DENIED in part**.

3. Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED in part** and **DENIED in part**.

4. **On or before February 12, 2026**, Respondents shall provide Petitioner with a bond hearing.

5. The Clerk is directed to close this case.

6. The Court retains jurisdiction over this case. If Respondents fail to timely comply with this Order, Petitioner may move to reopen this case.

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
USAFLM.Orlando2241@usdoj.gov

Orange County Jail / Warden's Office (main office email):
michele.carpentieree@ocfl.net

Orange County Sheriff's Office – Legal Services (main office email):
so-as-legalservices@ocsofl.com
OCCDRecords@ocfl.net

Kristi Noem, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Garrett Ripa, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida, 33324

United States Immigration and Customs Enforcement Field Office
Attn Assistant Field Office Directors
MIAAOR-Habeas-DG@ice.dhs.gov

Warden, Orange County Jail
Corrections Administration,
3273 Vision Blvd,
Orlando, Florida, 32839